

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER MATTHEW MARTINEZ | CIVIL ACTION |
| VERSUS | NO. 05-874 |
| JERRY LARPENTER, SHERIFF, ET AL | SECTION "J" (3) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 22), and the failure of any party to file any objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the motion for summary judgment filed by Margie Whitney and Petie Neal is **GRANTED** and that plaintiff's claims against those defendants are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that plaintiff's claims against the Terrebonne Parish Sheriff's Office, the Terrebonne Parish Criminal Justice Complex Medical Department, and the Terrebonne Parish Criminal Justice Complex are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and



1915A(b)(1).[1]

    New Orleans, Louisiana, this \_\_1st\_\_ day of November, 2005.

                                             CARL J. BARBIER
                                             UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff is also advised, for future consideration, that 28 U.S.C. § 1915 ("Proceeding in forma pauperis"), subsection (g) provides that: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."